NUMBER 13-04-363-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________
 
RONALD ALEXANDER LEBLANC, SR.,                                 Appellant,

v.

SANDRA RANSOM,                                                           Appellee.
____________________________________________________________________

On appeal from the 267th District Court
of Victoria County, Texas.
____________________________________________________________________

MEMORANDUM OPINION

Before Justices Hinojosa, Yañez, and Garza
Memorandum Opinion Per Curiam

         Appellant, RONALD ALEXANDER LEBLANC, SR., attempted to perfect an appeal
from an order entered by the 267th District Court of Victoria County, Texas, in cause
no. 03-8-60,149-C. The clerk’s record was received on July 13, 2004. 
         Upon review of the clerk’s record, it appeared that the order from which this
appeal was taken was not a final appealable order. Pursuant to Tex. R. App. P. 42.3,
notice of this defect was given so that steps could be taken to correct the defect, if
it could be done. Appellant was advised that, if the defect was not corrected within
ten days from the date of receipt of this notice, the appeal would be dismissed for
want of jurisdiction. Appellee has filed a motion to dismiss the appeal, and appellant
has filed a response to appellee’s motion. 
         The Court, having considered the documents on file, appellee’s motion to
dismiss the appeal, and appellant’s response thereto, is of the opinion that the appeal
should be dismissed for want of jurisdiction. Appellee’s motion to dismiss the appeal
is GRANTED. The appeal is hereby DISMISSED FOR WANT OF JURISDICTION.
                                                                                 PER CURIAM
Memorandum opinion delivered and filed this
the 19th day of August, 2004.